## MARY ROSE *vs.* HENRY SMITH.

QUESTION OF COSTS SUBMITTED BY CONSENT.

JANUARY TERM, 1887.

JUDD, C.J., McCULLY, PRESTON and BICKERTON, JJ.    FORNAN-
DER, J., absent.

The defendant's demurrer having been overruled and the plaintiff
having discontinued during the progress of the trial :

Held, that the defendant was not entitled to the costs of the demurrer
and argument thereon.

OPINION OF THE COURT, BY PRESTON, J.

This is a question as to taxation of costs, submitted to the
Court by consent.

The defendant demurred to the plaintiff's declaration, and
the demurrer was overruled.

The defendant answered over, and the case went to trial,
during which the plaintiff discontinued, and undertook to pay
the costs up to that time.

At the taxation of costs, the defendant claimed to be entitled
to the costs of drawing demurrer and copy, and attendance on
arguing same, according to the scale allowed to attorneys by
Section 1280 of the Civil Code, to which items the plaintiff's
attorney objected.   The question for our consideration is, " Were
those items taxable against the plaintiff."

Our answer must be in the negative.

*Kinney & Peterson*, for plaintiff.

*Ashford & Ashford*, for defendant.